IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM SMITH, ) <br> ) <br> Defendant. ) | Case No. 4:04CR3150 |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 60, now set for April 16, 2009, at 12:00 noon until a date certain in approximately 60 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 10th day of July, 2009, at 12:00 noon. The defendant is ordered to appear at such time.

Dated this 15th day of April, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge