IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:04CR3150 |
| WILLIAM SMITH, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 69, now set for October 20, 2009, at 12:00 noon, until a date certain in approximately six weeks. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 4th day of December, 2009, at 8:30 a.m. The defendant is ordered to appear at such time.

Dated October 15, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge