IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                    Plaintiff,            )<br>                                                            )<br>v.                                                       )           Case No.  4:04CR3150<br>                                                            )<br>WILLIAM SMITH,                           )<br>                                                            )<br>                    Defendant.         ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 73, now set for February 9, 2010, at 8:30 a.m. until a date certain approximately two weeks after April 6, 2010.  The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 20th day of April, 2010, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated this 25th day of January, 2010.

                                                            BY THE COURT:

                                                            *Richard G. Kopf*
                                                            United States District Judge