IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM E. SMITH,<br><br>Defendant. | 4:04CR3150<br><br>**ORDER** |

    Mr. Smith has filed a motion seeking to have his federal sentence run concurrent with the state sentence that he is presently serving. He argues, as best as I can determine, that while he is being well cared for in the Nebraska Department of Corrections, Covid 19 present in the Federal Bureau of Prisons suggests that he should not serve his federal sentence consecutive to his state sentence. There is no authority for such a motion. Accordingly,

    IT IS ORDERED that the clerk shall file the four submissions as miscelleanous documents and they are all denied.

    Dated this 5th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge