IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:04CR3150 |
| vs. | |
| WILLIAM E. SMITH, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's Motion to Dismiss Motion to Alter or Amend. (Filing No. 110). The Court construes that motion as seeking to withdraw the defendant's pending motion to alter or amend judgment. (Filing No. 102). Accordingly,

**IT IS ORDERED:**

1. The defendant's Motion to Dismiss Motion to Alter or Amend (Filing No. 110) is granted.
2. The defendant's Motion to Alter or Amend Judgment (Filing No. 102) is deemed withdrawn.

Dated this 23rd day of September, 2024.

BY THE COURT:

Susan M. Bazis
United States District Judge

1